■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WATSON, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Diamond, J.), imposed June 20, 1980. Sentence affirmed without prejudice to the defendant making a new motion pursuant to section 60.09 of the Penal Law in accordance with proper procedure. No opinion. Gibbons, J. P., Gulotta, Weinstein and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER E. ZYDOR, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered December 2, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Mangano and Gibbons, JJ., concur.